DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GORDON CRITTENDON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-2792

[November 21, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Cynthia L. Cox, Judge; L.T. Case Nos. 312014CF001298A, 312015CF000199A.

Gordon Crittendon, Monticello, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, FORST and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***